agree. Where a municipality has failed to comply with a Department of Environmental Resources order, the Attorney General is authorized by section 210 to make application to the Court seeking punishment by the court in an "appropriate manner." We do not read this section as precluding all enforcement other than a sanction. Indeed, in our view, "appropriate manner" should be read broadly to include an order requiring compliance and we so hold. Further, since section 210 has its own procedure, Rule 1007 need not be employed. See *Pennsylvania Crime Commission Petitions*, 446 Pa. 152, 285 A.2d 494 (1971). Accordingly the Commonwealth's petition should not have been dismissed on these grounds.

The order of the Commonwealth Court is vacated and the case is remanded for further proceedings consistent herewith.[2]

POMEROY, J., dissents.

---

344 A.2d 457

**Elmer MITSTIFER et al., Appellants,**

**v.**

**OLD LYCOMING TOWNSHIP VOLUNTEER FIRE COMPANY, Appellee.**

Supreme Court of Pennsylvania.

Argued June 23, 1975.

Decided Oct. 3, 1975.

---

2. The opinion of the Commonwealth Court suggests that the prayer of the petition requesting the payment of specific sums of money to the Pennsylvania Clean Water Fund by the municipalities upon their failure to comply is not an appropriate relief under section 210. No explanation was given for this conclusion nor was it essential to the result reached by that court. In view of our conclusion we find no reason to consider this issue.

Patrick H. Fierro, Fierro & Miele, Williamsport, for appellants.

David Bahl, McCormick, Lynn, Reeder, Nichols & Sarno, Williamsport, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.


## ORDER OF COURT

PER CURIAM.

Decree affirmed. Each side to pay own costs.


344 A.2d 458
**COMMONWEALTH of Pennsylvania**
v.
**Roscoe LANEY a/k/a Roscoe Lannie, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 27, 1974.

Decided Oct. 3, 1975.

George E. Hoffer, Public Defender, Carlisle, for appellant.

Edgar B. Bayley, Jr., Carlisle, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.